# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Scott Zucker

                        Plaintiff,

v.                                                                Case No.: 1:25−cv−05123

                                                                     Honorable Lindsay C. Jenkins

Johnson & Bell, Ltd.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 20, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff indicates that he withdraws the motions to compel so the motions [46] [33] are denied as moot. Defendant has now filed a motion to compel, so Plaintiff's response is due by December 4, 2025. No replies unless the court requests one. The matter is set for an in−person status hearing and ruling on December 10, 2025 at 10:00 am in Courtroom 2119. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.